**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

| | |
|---|---|
| IN RE: CK Online LLC | CASE NO.: 24−22589−shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 99−3810786 | CHAPTER: 7 |

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Marianne T. O'Toole is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 8, 2025

                                             Sean H. Lane, Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-22589-shl |
| CK Online LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: 149 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CK Online LLC, 750 Chestnut Ridge Road, Chestnut Ridge, NY 10977-6438 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Interested Party VIAHART LLC afg@glpcny.com, paralegal@glpcny.com |
| Charles Wallace | on behalf of Interested Party VIAHART LLC cwallace@scalefirm.com |
| Chezki Menashe | on behalf of Debtor CK Online LLC office@melalaw.com chezki@melalaw.com;david@melalaw.com;pallavi.bhave@melalaw.com |
| Marianne T. O'Toole | on behalf of Trustee Marianne T. O'Toole trustee@otoolegroup.com N270@ecfcbis.com |
| Marianne T. O'Toole | trustee@otoolegroup.com N270@ecfcbis.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 2 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: 149 | Total Noticed: 1 |
| TOTAL: 6 | | |